# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FELIPE DOMINGUEZ-ALCARAZ,

    Defendant.

Case No. 19cr4814-CAB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [x] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- [ ] the Court has dismissed the case for unnecessary delay; or
- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or
- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or
- [ ] a jury has been waived, and the Court has found the defendant not guilty; or
- [ ] the jury has returned its verdict, finding the defendant not guilty;
- [x] of the offense(s) as charged in the Indictment/Information:

  Ct 1 - 8:1326(a),(b) - Attempted Reentry of Removed Alien (Felony)

- [x] _____

Dated: 1/9/2020

Hon. Mitchell D. Dembin
United States Magistrate Judge